## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:22-mj-2117-SPF            DATE: November 21, 2022

HONORABLE: SEAN P. FLYNN

UNITED STATES OF AMERICA            Karyna Valdes, AUSA
                                    Government Counsel

v.

DONALD MARK BELL                    Tina Budzisz, FPD
Defendant                           Defense Counsel

DEPUTY CLERK: Eric Calderon         COURTROOM: 11B

INTERPRETER/LANGUAGE: N/A

TIME: 2:07 – 2:20        TOTAL: 0:13        COURT RPTR/TAPE: Digital

PROCEEDINGS: INITIAL APPEARANCE / DETENTION

Deft provided w/copy of: Indictment (Northern District of Florida)
ARREST DATE: 11/21/22
Court summarized charges
Court advises of Deft's Rule 5 rights
Court Oral Order Due Process Protections Act
Defendant Oral Motion to Appoint Counsel
Defendant Financial Affidavit Filed
Court Oral Order Appointing Tina Budzisz, AFPD
Defendant waives Identity Hearing and Production of the Warrant

Government Oral Motion for Release
Government position: agrees with Conditions of Release suggested by U.S. Pretrial Services
Defendant position: agrees with Conditions of Release suggested by U.S. Pretrial Services, also would like to be able to travel to Iowa from 11/30/22 – 1/10/23

Court: Released Own Recognizance
Shall Report to U.S. Pretrial Services as directed, travel restricted to Middle District of Florida and Northern District of Florida, allowed to travel to Iowa from 11/30/22 – 1/20/23 and travel to be monitored by U.S. Pretrial Services, mental health evaluation and treatment, surrender passport, not obtain any new travel documents